UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA CCESSORIES, INC., :
                 Plaintiff, :
                                       :     21 Civ. 11227 (LGS)
          -against- :
                                       :         ORDER
UNIT 20 LTD, et al., :
               Defendants, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated February 18, 2022, required Defendants to retain new counsel by March 11, 2022, and Defendants' new counsel to confer with Plaintiff's counsel and propose a new civil case management plan and a deadline to answer or otherwise respond to the Amended Complaint;

      WHEREAS, the parties have not filed any letter to the Court.  It is hereby

      **ORDERED** that, by March 22, 2022, at noon, the parties shall file a letter proposing a new civil case management plan and a deadline to answer or otherwise respond to the Amended Complaint. Failure to comply with the Court's deadlines may result in sanctions.

Dated: March 21, 2022
      New York, New York

                                                     LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE