1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
GMA ACCESSORIES, INC.,                            :

                         Plaintiff,        :

                                 :          21 Civ. 11227 (LGS)

            -against-                    :

                                 :          <u>ORDER</u>

UNIT 20 LTD, et al.,                              :

                    Defendants,  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a pre-motion conference was held on July 6, 2022.

      WHEREAS, Plaintiff filed a Rule 41 letter, dismissing the third cause of action in the

Second Amended Complaint.

      WHEREAS, Defendants Unit 20 Ltd, Sensu, Inc., Tenkei Corp., and Dover Street Market

New York LLC have not filed answers to the Second Amended Complaint.  It is hereby

      **ORDERED** that Defendants Unit 20 Ltd, Sensu, Inc., Tenkei Corp., and Dover Street

Market New York LLC shall file answers to the Second Amended Complaint by July 12, 2022.


Dated: July 7, 2022
      New York, New York

                                        LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE