USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES, INC.,

                Plaintiff,

   - against -

UNIT 20 LTD, CHARLOTTE KNOWLES LTD,
ATALLAH GROUP US INC,
DOVER STREET MARKET NEW YORK LLC,
TENKEI CORP., SENSU, INC. and NOTRE LLC,

                Defendants.
------------------------------------------------------------X

Civil Action No.: 21-11227 (LGS)(JLC)

**ELECTRONIC SERVICE ORDER**

Whereas certain parties have requested Court modification of the electronic service stipulation [Doc. 15], on consent, it is Ordered that:

E-mail service of papers between GMA ACCESSORIES, INC. and UNIT 20 LTD, CHARLOTTE KNOWLES LTD, DOVER STREET MARKET NEW YORK LLC, TENKEI CORP., and SENSU, INC. shall be acceptable pursuant to Fed.R.Civ.P.5(b)(2)(E), provided the paper to be served is attached to the transmission in PDF format and emailed to s.welborne@bozlaw.com, c.kim@bozlaw.com and john@bozlaw.com for service on PLAINTIFF; and both unit20@venable.com and christopher@serbagilaw.com for service on said Defendants.

If the aggregate size of an email to Plaintiff exceeds 7 MBs the documents contained therein shall also be uploaded to the drop box: https://spaces.hightail.com/uplink/bozlaw

      **SO ORDERED.**

Dated: July 8 ,2022
       New York, New York

                                        _____
                                        JAMES L. COTT
                                        United States Magistrate Judge