USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES INC.,          :
                                            Plaintiff,          :

                        -v-          :         **ORDER**

         :         21-CV-11227 (LGS) (JLC)
UNIT 20 LTD. *et al.*,          :

                                    Defendants.          :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

Pursuant to the Court's July 18, 2022 order (Dkt. No. 179), the parties appeared before the undersigned at a telephone conference today to address the remaining discovery disputes raised in GMA's letter-motion at Dkt. No. 165. At the conference, the Court set the following deadlines:

1. Atallah will provide its substantive responses to Interrogatories 1 and 3 by **July 22, 2022**.

2. Atallah will make its remaining production of responsive documents with respect to exemplars of website pages by **August 1, 2022**. If none exist, it must report so in writing to GMA by the same date.

3. Tenkei Corp., Sensu, Inc., and Dover Street Market New York LLC will produce its responsive documents by **August 4, 2022**.

The parties are directed to the transcript of the conference for any additional rulings not memorialized in this Order.

1

The Court also made clear that the September 16 fact discovery deadline will not be extended.

Finally, the next discovery conference will be held on **August 17, 2022** at **3:00 p.m.** by telephone (for ease of reference, the Court's conference line is 877-873-8017 – access code 5277586).  Any discovery disputes between now and then may only be raised in advance of that conference.  Letters will be due to the Court by **August 4, 2022**.  Responses will be due by **August 10, 2022**.  Brief replies, if any, will be due by **August 12, 2022**.  If no letters are submitted by August 4, 2022 the Court will cancel the conference.  For avoidance of doubt, the Court will not entertain any letters related to discovery before August 4.

**SO ORDERED.**

Dated: July 21, 2022
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge