USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/2/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GMA ACCESSORIES INC.,

           Plaintiff,

  -v-                                **ORDER**
                                       21-CV-11227 (LGS) (JLC)
UNIT 20 LTD., *et al.*,

           Defendants.
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court and counsel for GMA Accessories Inc. and Atallah Group have conferred, and agreed that a further settlement conference will be held on **August 8, 2022** from **11:00 a.m. to 12:00 p.m.**  Principals for GMA and Atallah are hereby directed to attend.  The conference will be held on Zoom, and the Court will email a link to counsel in advance.

In the event the case does not settle, the next discovery conference will proceed, if necessary, as previously scheduled for **August 17, 2022** at **3:00 p.m.** by telephone (*see* Dkt. No. 184).  The Court has revised the deadlines for the parties to raise any disputes as follows: letters are now due to the Court by **August 11, 2022**, and responses are now due by **August 15, 2022**.  There will be no replies.  For avoidance of doubt, the Court will not entertain any letters related to discovery before August 11.

    **SO ORDERED.**

Dated: August 2, 2022
       New York, New York

                                             JAMES L. COTT
                                             United States Magistrate Judge