UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GMA ACCESSORIES, INC.,

              Plaintiff,

- against -                               Civil Action No.: 21-11227(LGS)(JLC)

NEW SIX LIMITED, UNIT 20 LTD, CHARLOTTE KNOWLES LTD, ATALLAH GROUP US INC., DOVER STREET MARKET NEW YORK LLC, TENKEI CORP., SENSU, INC., NOTRE LLC, SHOPSTYLE, INC. and MODESENS INC.,     CONSENT JUDGMENT AS TO CERTAIN PARTIES

             Defendants.
------------------------------------------------------------x

      Plaintiff GMA Accessories, Inc. having filed a Third Amended Complaint against Defendants herein asserting claims for trademark infringement and counterfeiting and the following parties UNIT 20 LTD, CHARLOTTE KNOWLES LTD, DOVER STREET MARKET NEW YORK LLC, TENKEI CORP., SENSU, INC., and NOTRE LLC, having agreed upon a resolution of this matter pursuant to an on the record settlement with Plaintiff, providing for, *inter alia*, the entry of a Final Judgment on Consent; and for good cause shown; it is,

      ORDERED and ADJUDGED that UNIT 20 LTD, CHARLOTTE KNOWLES LTD, DOVER STREET MARKET NEW YORK LLC, TENKEI CORP., SENSU, INC., and NOTRE LLC., are pursuant to Fed.R.Civ.P. 65, hereby enjoined and restrained solely in the United States from advertising, marketing, selling, or offering for sale (a) CHARLOTTE KNOWLES branded goods and (b) CHARLOTTE branded goods (wherein the mark consists in its entirety of the word CHARLOTTE), of the following types of goods: shoes, bags, sacks, clutch bags and leather/imitation leather handbags and clothing, footwear and headgear, namely hats, scarves, gloves and socks; and it is further

ORDERED, that, it having been reported that this case is settled and discontinued as to Defendants CHARLOTTE KNOWLES LTD, UNIT 20 LTD, DOVER STREET MARKET NEW YORK LLC, TENKEI CORP., SENSU, INC., and NOTRE LLC  with prejudice and without fees or costs to any party to this Consent Judgment, and it is further

ORDERED, that there is no just reason for delay pursuant to Fed.R.Civ.P. 54(b)

Dated: New York, NY
      August  17  , 2022


STIPULATED AND AGREED:

*John Bostany*
_____
John P. Bostany, Esq.
THE BOSTANY LAW FIRM PLLC
3 World Financial Center- 24th Fl
New York, New York 10281
*Attorneys for Plaintiff*

*Christopher Serbagi*
_____
Christopher Serbagi, Esq.
THE SERBAGI LAW FIRM, PC
488 Madison Avenue, Suite 1120
New York, New York 10022
*Attorney for Unit 20 Ltd., Charlotte Knowles Ltd., Tenkei Corp., Sensu, Inc.*


/s/ James R. Muldoon
_____
James R. Muldoon, Esq.
Harris Beach PLLC
333 West Washington Street, Suite 200
Syracuse, New York 13202
Attorney for Defendant Notre, LLC

_____
Ken Sussmane, Esq.
McCue Sussmane Zabel & Cohen P.C.
420 Lexington Avenue Suite 2250
New York, New York 10170
Attorneys for DOVER STREET MARKET NEW YORK LLC


**So Ordered**.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 200, 201 and terminate the action only as to Defendants Unit 20 Ltd, Charlotte Knowles Ltd, Dover Street Market New York LLC, TENKEI CORP., Sensu, Inc. and Notre LLC.

Dated: August 24, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**