So Ordered.

Dated: March 30, 2023
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GMA ACCESSORIES, INC.,

                Plaintiff,

  - against -                              Civil Action No.: 21-11227(LGS)(JLC)

UNIT 20 LTD, *et.al.*,

                Defendants.
-------------------------------------------------------------x

    WHEREAS, certain parties were added pursuant to a Third Amended Complaint on July 15, 2022; certain parties were terminated pursuant to Consent Judgment filed on August 24, 2022 [Dkt.No. 237]; and two parties were dropped pursuant Dkt. Nos. 271-272, it is

    ORDERED that the caption shall be changed to:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GMA ACCESSORIES, INC.,

                Plaintiff,

  - against -                              Civil Action No.: 21-11227(LGS)(JLC)

NEW SIX LIMITED and
ATALLAH GROUP US INC.,

                Defendants.
-------------------------------------------------------------x

**So Ordered:**  March _____, 2023

                                                _____
                                                Hon. Lorna G. Schofield, U.S.D.J.