UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATALLAH GROUP US INC., et. al.,<br><br>                     Plaintiff(s),<br><br>           v.<br><br>GMA ACCESSORIES, INC.,<br><br>                     Defendant(s). | 21-CV-11227 (DEH) (JLC)<br><br>ORDER |

DALE E. HO, United States District Judge:

In light of the Notice of Acceptance of the Offer of Judgment filed on January 18, 2024, ECF No. 387-88, the Clerk of Court is respectfully requested to terminate any open motions and close the case.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                     DALE E. HO
                                                     United States District Judge