UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ATALLAH GROUP US INC.

                  Plaintiff,                  **JUDGMENT**

       - against -                  Civil Action No.: 21-11227 (DEH)(JLC)

GMA ACCESSORIES, INC.,

                  Defendant.
-----------------------------------------------------------x

UPON Plaintiff's Acceptance of the Rule 68 Offer of Judgment, it is,

ORDERED, ADJUGED and DECREED, that this consolidated action is dismissed in total with any and all surviving claims and counterclaims in the cases that were consolidated under the above docket number (i.e., Member Case 22-cv-07438 (DEH)) dismissed with prejudice and without costs or attorneys fees to any party.

  New York, New York

Dated: January 19, 2024

                                                          _____
                                                              DALE E. HO
                                                     United States District Judge